UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-23257-CIV-MARTINEZ-OTAZO-REYES

CAROLINA S. TRIMINIO and
DAVID TRIMINIO, on behalf of
themselves and all others similarly situated,
    Plaintiffs,

vs.

PENNYMAC LOAN SERVICES, LLC,
d/b/a PENNYMAC,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Notice of Stipulation of Dismissal [ECF No. 46]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of September, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record